UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO

OLIVER PRICE,                    )    CASE NO. 1:07 CV 1393
       (# A179-983)              )
                                 )    JUDGE JOHN R. ADAMS
            Plaintiff,           )
                                 )
       v.                        )    MEMORANDUM OF OPINION
                                 )
GERI M. SMITH,                   )
                                 )
            Defendant.           )


       On May 14, 2007, plaintiff pro se Oliver Price filed this action against United States District Court Clerk of Court Geri M. Smith.  The complaint asserts a violation of "due process per Federal Rules 4(A), 4.1(A) that the summons be issued forthwith upon the defendant."  The claim refers to a recent case filed by the same plaintiff, Case No. 1:07 CV 801, which was summarily dismissed by Judge Ann Aldrich on April 2, 2007.  For the reasons stated below, this action will be dismissed pursuant to 28 U.S.C. § 1915(e).

       A district court is expressly required to dismiss any civil action filed by a prisoner seeking relief from a governmental officer or entity, as soon as possible after docketing, if the

court concludes that the complaint fails to state a claim upon which relief may be granted, or if the plaintiff seeks monetary relief from a defendant who is immune from such claim. 28 U.S.C. § 1915A; Siller v. Dean, No. 99-5323, 2000 WL 145167, at *2 (6th Cir. Feb. 1, 2000)

As a threshold matter, neither of the rules cited by plaintiff requires the Clerk to issue summonses forthwith. This court assumes plaintiff is referring to the corresponding rules found in the **Ohio** Rules of Civil Procedure, which do not apply to the federal courts. Further, 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A explicitly provide for screening prisoner and/or in forma pauperis complaints prior to service of process. See also, McGore v. Wrigglesworth, 114 F.3d 601, 608 (6th Cir. 1997).

Accordingly, this action will be dismissed under § 1915A. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.


Dated:  May 18, 2007              /s/  John R. Adams
                                  JOHN R. ADAMS
                                  UNITED STATES DISTRICT JUDGE